HARLEY BROCKWAY, Appellant, v. CHARLES FELKER and Another, Respondents.— Motion granted and appeal dismissed.

THOMAS CROWLEY, Appellant, v. HABERLE CRYSTAL SPRING BREWING COMPANY, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

MAE SELDEN DYER, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Motion to dismiss appeal granted unless appellant shall file and serve printed papers and pay to respondent's attorney ten dollars within twenty days and be ready for argument at the opening of the November term.